**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 25-1981**

───────────────

LARRY W. MURPHY,

　　　　　　Plaintiff - Appellant,

　　　v.

F.H. FURR; APEX SERVICE PARTNERS,

　　　　　　Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Lydia Kay Griggsby, District Judge.  (8:25-cv-00613-LKG)

───────────────

Submitted:  December 18, 2025　　　　　　　　　Decided:  December 22, 2025

───────────────

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Larry W. Murphy, Appellant Pro Se.  Darryl G. McCallum, OGLETREE DEAKINS, Baltimore, Maryland, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry W. Murphy appeals the district court's order (1) granting Defendants' motion to dismiss Murphy's civil complaint in the underlying action; and (2) denying as moot Murphy's motions to compel discovery, to strike, and for summary judgment. We have reviewed the record and find no reversible error. *See Moore v. Frazier*, 941 F.3d 717, 725 (4th Cir. 2019) (reiterating that this court may affirm a district court's "decision to dismiss the complaint on any ground apparent on the record"); *see also* 42 U.S.C. § 2000e-5(f)(1) (requiring a plaintiff bringing a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, to file suit within 90 days of receiving notice of the right to sue); *Francis v. Giacomelli*, 588 F.3d 186, 193 (4th Cir. 2009) (explaining that, to survive a motion to dismiss, "naked assertions of wrongdoing necessitate some factual enhancement within the complaint to cross the line between possibility and plausibility of entitlement to relief" (internal quotation marks omitted)). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2